# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sallie M Zeigler, as Personal Representative of the Estate of Alton Ray Zeigler
*Plaintiff*

v.   Civil Action No. 5:17-01010-JMC

Eastman Chemical Company, Mundy Maintenance Service and Operations LLC
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendants and this action is dismissed without prejudice pursuant to Rule 12(b)(1) of the FRCP.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted defendant Eastman's motion to dismiss and granted in part Mundy's motion for reconsideration of their motion to dismiss.

Date: May 20, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*